Todd M. Friedman (SBN 216752)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
tfriedman@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FLAVIO, | ) Case No. |
| | ) |
| | ) 3:25-cv-05516-PHK |
| Plaintiff, | ) |
| | ) |
| vs. | ) **NOTICE OF SETTLEMENT** |
| | ) |
| AMITY ONE TAX; AND DOES 1 | ) |
| through 10, inclusive, and each of them, | ) |
| | ) |
| | ) |
| Defendant. | |

NOW COMES THE PLAINTIFF, by and through his attorney, to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. Dispositional documents will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

///

Notice of Settlement

Dated**:** July 23, 2025

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:   /s/ Todd M. Friedman
Todd M. Friedman
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, State of California, and not a party to the above-entitled cause. On July 23, 2025, I served a true copy of the Notice of Settlement on all counsel of record via the ECF Filing System:

Executed on July 23, 2025.

[X] I hereby certify that I am a member of the Bar of the United States District Court, Northern District of California.

[ ] I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

[X] I hereby certify under the penalty of perjury that the foregoing is true and correct.

By:    /s/ Todd M. Friedman
       Todd M. Friedman, Esq.
       Attorney for Plaintiff

Notice of Settlement