Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
23586 Calabasas Rd., Suite 105
Calabasas, CA 91302
Phone: 323-306-4234
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FLAVIO, | ) Case No. 3:25-cv-05516-PHK |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITH PREJUDICE** |
| vs. | ) |
| | ) |
| AMITY ONE TAX; AND DOES 1 | ) |
| through 10, inclusive, and each of them, | ) |
| | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |
| | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses this matter in its entirety with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

///
///

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

- 1 -

Dated: September 19, 2025

Respectfully Submitted,

LAW OFFICES OF TODD M. FRIEDMAN, P.C.

By:    /s/ Todd M. Friedman
       Todd M. Friedman
       Law Offices of Todd M. Friedman, P.C.
       Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

- 2 -

## **PROOF OF SERVICE**

Filed electronically on September 19, 2025, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to all parties indicated on the Court's filing receipt.

United States District Court
Northern District of California

/s/Todd M. Friedman
Todd M. Friedman (216752)
Attorney for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

- 3 -